**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **In re:**  **DENNIS J. DONCHEZ,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 14-18097 REF** |

**ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN**

The Debtor hereby files this Addendum to the Second Amended Chapter 13 Plan, and states as follows:

Section 2c is changed to read as follows:

c. Subsequent to dividends to secured creditors, the following joint unsecured creditors shall be paid 100%: None.

Section 2c is added, as follows:

d. Subsequent to dividends to joint unsecured creditors, dividends to unsecured creditors shall be paid pro rata.

**Date:** July 25, 2016

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** /s/ George M. Lutz

---

**George M. Lutz, Esquire
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA  19610
Pa. Attorney ID No.: 46437
Phone:  610-372-9900
Fax:     610-372-5469**