United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis J. Donchez  
Dennis J. Donchez  
    Debtors

Case No. 14-18097-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 2     Date Rcvd: Oct 04, 2016  
                     Form ID: 152     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.

```
db          +Dennis J. Donchez,    MAILING ADDRESS:,    PO Box 185,    Hamburg, PA 19526-0185
db          +Dennis J. Donchez,    555 Mountain View Drive,    Hamburg, PA 19526-8766
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13401455    +BEVERLY J. COLUSSO,    c/o G Christopher Eves, Esquire,    Treeview Corporate Center,
              2 Meridian Blvd,    Reading, PA 19610-3202
13401456     Charles F. Fitzpatrick, Esquire,    50 North Fifth Street,    PO Box 942,
              Reading, PA 19603-0942
13401457     Commonwealth of Pennsylvania,    Departmemt of Revenue,    PO Box 281041,
              Harrisburg, PA 17128-1041
13401458    +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
13401459    +Fitzpatrick, Lentz & Bubba, PC,    Michael R. Nesfeder, Esquire,    4001 Schoolhouse Lane,
              PO Box 219,    Center Valley, PA 18034-0219
13401460    +G Christopher Eves, Esquire,    Treeview Corporate Center,    2 Meridian Blvd Ste 100,
              Wyomissing, PA 19610-3202
13401462    +Jessica Donchez,    POB 394,    Hamburg, PA 19526-0394
13401463    +Jessica T. Donchez,    PO BOX 394,    Hamburg, PA 19526-0394
13401464    +Jessica T. Donchez,    c/o John A. Hoffert, Jr., Esquire,    536 Court Street,
              Reading, PA 19601-3412
13401466    +Land Displays Inc.,    1350 Schuylkill Avenue,    Reading, PA 19601-1602
13596482    +MTGLQ Investors, LP,    c/o Joshua I. Goldman, Esq.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13401467    +Traute R. Weidman,    934 Main Street,    Shoemakersville, PA 19555-1625
13488667    +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
              3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13401469    +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          +E-mail/Text: robertsl2@dnb.com Oct 05 2016 02:09:06      Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2016 02:09:13      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13401461     E-mail/Text: cio.bncmail@irs.gov Oct 05 2016 02:08:37      Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
13401465    +E-mail/Text: bk.notifications@jpmchase.com Oct 05 2016 02:08:43      JP Morgan Chase Bank, N.A.,
              c/o Mary Lautenbach,    JP Morgan Chase Bank, N.A.,    201 N. Central Ave. Mail Code AZ1-1191,
              Phoenix, AZ 85004-0073
13485198     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2016 01:54:16
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13460955    +E-mail/Text: recovery@paypal.com Oct 05 2016 02:08:33      PayPal Inc,    Po Box 45950,
              Omaha NE 68145-0950
13439630     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2016 02:08:45
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa. 17128-0946
13401468     E-mail/Text: paul.cressman@phelanhallinan.com Oct 05 2016 02:09:24      Wells Fargo Bank NA,
              c/o Phelan, Hallinan,    One Penn Center Plaza @ Suburban Station,
              1617 J.F.K. Blvd., Ste. 1400,    Philadelphia, PA 19103-1814
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
13470388*   +Traute R. Weidman,    934 Main Street,    Shoemakersville, PA 19555-1625
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Keith              Page 2 of 2                  Date Rcvd: Oct 04, 2016
                              Form ID: 152             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,
               amerkey@hvmllaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Dennis J. Donchez
    Debtor(s)

Case No: 14–18097–ref
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

36
Form 152