.

```
Anastasia Ioannidis
c/o Neil E. Durkin, Esquire
Neil Durkin Law Office
601 Longwood Avenue
Cherry Hill, NJ 08002


Anastasia Ioannidis
142 Sage Drive
Sinking Spring, PA 19608


The Bauer Law Firm, P.C.
200 Four Falls Corporate Center
Suite 312
Conshohocken, PA 19428
```