United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dennis J. Donchez
Dennis J. Donchez
    Debtors

Case No. 14-18097-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Apr 27, 2017
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
13488667    +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC # D3347-014,
    3476 Stateview Boulevard,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
    ANDREW SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
    DENISE ELIZABETH CARLON   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
    FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    GEORGE M. LUTZ   on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com, amerkey@hvmllaw.com
    JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
    JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com
    PAUL WILLIAM CRESSMAN   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
    THOMAS I. PULEO   on behalf of Creditor   MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18097-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Dennis J. Donchez  
555 Mountain View Drive  
Hamburg PA 19526

Dennis J. Donchez  
PO Box 185  
Hamburg PA 19526

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC # D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715

Name and Address of Transferee:

MTGLQ Investors, L.P.  
P.O. Box 5270, Irvine, CA 92619-2708

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/29/17

Tim McGrath  
**CLERK OF THE COURT**