# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| In re:<br><br>**DENNIS J. DONCHEZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 14-18097 REF** |
|---|---|

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

To: MTGLQ Investors, L.P., the Chapter 13 Trustee, and the United States Trustee:

Movant, the Debtor in this bankruptcy proceeding, filed a Motion to Strike Notice of Default with the Court in order to strike the Notice of Default issued by MTGLQ Investors and dated May 1, 2017.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 3, 2017 you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at The United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601. If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney at:

    George M. Lutz, Esquire
    Hartman, Valeriano, Magovern & Lutz, PC
    1100 Berkshire Boulevard, Suite 301
    P.O. Box 5828
    Wyomissing, PA  19610
    Fax:  610-779-0772

      **2.**      **If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.**

      **3.**      **A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on August 10, 2017 at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Berks County, Pennsylvania.**

      **4.**      **If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).**

      **5.**      **You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one has filed an answer.**

**Dated:  July 16, 2017**