**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **DENNIS J. DONCHEZ,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-18097 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtor's Motion to Strike Notice of Default issued by MTGLQ Investors were served upon the addresses listed below by way of electronic means on July 16, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEROME B. BLANK on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

DENISE ELIZABETH CARLON on behalf of Creditor MTGLQ INVESTORS, LP - bkgroup@kmllawgroup.com

PAUL WILLIAM CRESSMAN on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

JOSEPH ANGEO DESSOYE on behalf of Creditor Wells Fargo Bank, NA - paeb@fedphe.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor MTGLQ INVESTORS, LP - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor MTGLQ INVESTORS, LP - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

ANDREW SPIVACK on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

MATTEO SAMUEL WEINER on behalf of Creditor Wells Fargo Bank, N.A. - bkgroup@kmllawgroup.com

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By: *s/Alyssa J. Merkey*
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610
(610) 779-0772