**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**DENNIS J. DONCHEZ,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 14-18097 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Fourth Amended Chapter 13 Plan was served upon the addresses listed below by way of electronic means on July 16, 2017 and/or via first class mail on July 25, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEROME B. BLANK on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

DENISE ELIZABETH CARLON on behalf of Creditor MTGLQ INVESTORS, LP - bkgroup@kmllawgroup.com

PAUL WILLIAM CRESSMAN on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

JOSEPH ANGEO DESSOYE on behalf of Creditor Wells Fargo Bank, NA - paeb@fedphe.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor MTGLQ INVESTORS, LP - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor MTGLQ INVESTORS, LP - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

ANDREW SPIVACK on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

MATTEO SAMUEL WEINER on behalf of Creditor Wells Fargo Bank, N.A. - bkgroup@kmllawgroup.com

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa. 17128-0946

JP Morgan Chase Bank, N.A.
c/o Mary Lautenbach
201 N. Central Ave. Mail Code AZ1-1191
Phoenix, AZ 85004

Dennis J. Donchez
555 Mountain View Drive
Hamburg, PA  19526

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
        1100 Berkshire Blvd., Suite 301
        Wyomissing, PA 19610
        (610) 779-0772