# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| **In re:** | |
| **DENNIS J. DONCHEZ,** | **Chapter 13 Bankruptcy** |
| **Debtor** | **Bankruptcy No. 14-18097 REF** |

## CERTIFICATE OF NO RESPONSE

The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Strike Notice of Default issued by MTGLQ Investors, which was served upon all parties of interest on July 16, 2017.

Dated: August 7, 2017

                                                  **Respectfully submitted,**

                                                  **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz

                                            _____
                                            **George M. Lutz, Esquire**
                                            **1100 Berkshire Boulevard, Suite 301**
                                            **Wyomissing, PA  19610**
                                            **Pa. Attorney ID No.: 46437**
                                            **Attorneys for Debtor**