# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:** <br><br> **DENNIS J. DONCHEZ,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-18097 REF** |

## ORDER

AND NOW, IT IS HEREBY ORDERED that the Notice of Default issued by MTGLQ Investors, L.P. and dated May 1, 2017 is STRICKEN.

**Date: August 8, 2017**

BY THE COURT

*/s/ Richard E. Fehling*

**Richard E. Fehling**
**United States Bankruptcy Judge**