United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis J. Donchez  
Dennis J. Donchez  
    Debtors

Case No. 14-18097-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Aug 08, 2017  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.  
db    #+Dennis J. Donchez,   MAILING ADDRESS:,   PO Box 185,   Hamburg, PA 19526-0185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:

    ANDREW SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
    DENISE ELIZABETH CARLON   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com  
    FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
    GEORGE M. LUTZ   on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,  
     amerkey@hvmllaw.com;r49419@notify.bestcase.com  
    JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com  
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
    LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
     ecf_frpa@trustee13.com  
    MATTEO SAMUEL WEINER   on behalf of Creditor   Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com  
    PAUL WILLIAM CRESSMAN   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
    THOMAS I. PULEO   on behalf of Creditor   MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**DENNIS J. DONCHEZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 14-18097 REF** |
|---|---|

**ORDER**

AND NOW, IT IS HEREBY ORDERED that the Notice of Default issued by MTGLQ Investors, L.P. and dated May 1, 2017 is STRICKEN.

BY THE COURT

**Date: August 8, 2017**

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**