United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis J. Donchez  
Dennis J. Donchez  
    Debtors

Case No. 14-18097-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Aug 24, 2017  
                 Form ID: 155    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db        #+Dennis J. Donchez,   MAILING ADDRESS:,   PO Box 185,   Hamburg, PA 19526-0185  
db         +Dennis J. Donchez,   555 Mountain View Drive,   Hamburg, PA 19526-8766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:

        ANDREW SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        GEORGE M. LUTZ   on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,  
         amerkey@hvmllaw.com;r49419@notify.bestcase.com  
        JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
        JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com  
        PAUL WILLIAM CRESSMAN   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
        THOMAS I. PULEO   on behalf of Creditor   MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dennis J. Donchez
    Debtor(s)

Chapter: 13
Bankruptcy No: 14–18097–ref

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this August 24, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Richard E. Fehling
                              Judge ,
                              United States Bankruptcy Court