September 13, 2017

To Whom It May Concern:

Please accept this as notice of change of address for:

Jessica Donchez
555 Mountain View Dr.
Hamburg, PA  19526

Regarding bankruptcy of:

Dennis Donchez
Bankruptcy NO 14-18097 REF

Thank you,

*Jessica Donchez* (signature)

Jessica Donchez

```
NOTIFY SENDER OF NEW ADDRESS   817I0009/06/17
DONCHEZ, JESSICA        176 NGE 1
555 MOUNTAIN VIEW DR
HAMBURG PA 19526-8766
BC: 19526876655       *2923-08153-06-42
```

FILED
2017 SEP 21 PM 1:18
U.S. BANKRUPTCY COURT