# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Dennis J. Donchez
                      Debtor

MTGLQ Investors, LP
                v.
Dennis J. Donchez
              and
Frederick L. Reigle Esq.
              Trustee

Chapter 13

NO. 14-18097 REF

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow MTGLQ Investors, LP and its successor in title to proceed with its remedies regarding the premises at 555 Mountain View Road Hamburg, Pa 19526.

**Date: October 3, 2017**

United States Bankruptcy Judge.