**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**DENNIS J. DONCHEZ,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 14-18097 REF** |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $9,205.50 for reimbursement of actual, necessary fees and expenses in the amount of $155.14.

**BY THE COURT:**

**Date: October 3, 2017**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**Dennis J. Donchez**
555 Mountain View Drive
Hamburg, PA 19526

**All creditors**