United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis J. Donchez  
Dennis J. Donchez  
    Debtors

Case No. 14-18097-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Oct 03, 2017  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.  
db          #+Dennis J. Donchez,    MAILING ADDRESS:,    PO Box 185,    Hamburg, PA 19526-0185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:  
         ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com  
         GEORGE M. LUTZ    on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,  
  amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,  
  bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
  ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com  
         PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,  
  bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                         TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Dennis J. Donchez<br>　　　　　　　　　　Debtor<br><br>MTGLQ Investors, LP<br>　　　　　v.<br>Dennis J. Donchez<br>　　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 14-18097 REF |

**ORDER**

　　　AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow MTGLQ Investors, LP and its successor in title to proceed with its remedies regarding the premises at 555 Mountain View Road Hamburg, Pa 19526.

**Date: October 3, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.