United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18097-ref
Dennis J. Donchez                                                     Chapter 13
Dennis J. Donchez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith            Page 1 of 1            Date Rcvd: Oct 03, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db             #+Dennis J. Donchez,    MAILING ADDRESS:,    PO Box 185,    Hamburg, PA 19526-0185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:  DENNIS J. DONCHEZ,  Debtor | Chapter 13 Bankruptcy  Bankruptcy No. 14-18097 REF |
|---|---|

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $9,205.50 for reimbursement of actual, necessary fees and expenses in the amount of $155.14.

**BY THE COURT:**

**Date: October 3, 2017**  _____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

**All creditors**

**Frederick L. Reigle, Esquire**
**P.O. Box 4010**
**Reading, PA 19606**

**Dennis J. Donchez**
**555 Mountain View Drive**
**Hamburg, PA  19526**