**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **DENNIS J. DONCHEZ,** | **Bankruptcy No. 14-18097 REF** |
| **Debtors** | |

**PRAECIPE TO RELIST HEARING**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly relist the hearing on Debtor's Motion to Reinstate Automatic Bankruptcy Stay, which was filed on October 8, 2017, Docket No. 69.

Date: January 29, 2018

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

                   By:    *s/George M. Lutz, Esquire*

                              Attorney I.D. No.: 46437
                              1100 Berkshire Blvd., Suite 301
                              Wyomissing, PA  19610
                              610-779-0772