United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18097-ref
Dennis J. Donchez                                                     Chapter 13
Dennis J. Donchez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith          Page 1 of 1           Date Rcvd: Feb 22, 2018
                               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db          #+Dennis J. Donchez,   MAILING ADDRESS:,   PO Box 185,   Hamburg, PA 19526-0185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          GEORGE M. LUTZ   on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,
          amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
          PAUL WILLIAM CRESSMAN   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          REBECCA ANN SOLARZ   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                              TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dennis J. Donchez <br> _Debtor(s)_ | CHAPTER 13 |
| MTGLQ Investors, LP <br> _Movant_ <br> vs. | NO. 14-18097 REF |
| Dennis J. Donchez <br> _Debtor(s)_ | |
| Frederick L. Reigle Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.     The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$43,898.74,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | August 2015 through December 2016 at $1,438.44/ month for a total of $24,453.48 <br> January 2017 through December 2017 at $1,738.31/month for a total of $20,859.72 |
| Suspense Balance: | $1,414.46 |
| **Total Post-Petition Arrears** | **$43,898.74** |

2.     The Debtor(s) shall cure said arrearages in the following manner;

a) Within seven (7) days of the filing of this Stipulation, Debtor(s) shall tender a down payment of **$33,468.88.**

b) A payment of $3,476.62 shall be made by December 31, 2017.

c) A payment of $3,476.62 shall be made by January 31, 2018.

d) A payment of $3,476.62 shall be made by February 28, 2018.

e) Beginning January 1, 2018 and continuing thereafter, Debtor(s) shall pay the present regular monthly payment of **$1,738.31** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), the address below:

Rushmore Loan Management Services
PO Box 52708
Irvine, CA 92619-2708

3.      Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived .

6.      If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.

10.    The authticsty is hereby reinstated.

Date:    December 14, 2017            By:    /s/ Rebecca A. Solarz
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734


          February 22, 2018
Date:_____            _____
                                        George M. Lutz Esq.
                                        Attorney for Debtor(s)

Approved by the Court this **22** day of ___February___, ███. However, the court
retains discretion regarding entry of any further order.

2018

_____
Bankruptcy Judge
Richard E. Fehling