# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| **In re:**  **DENNIS J. DONCHEZ,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 14-18097 REF** |

## WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR

Debtor, Dennis J. Donchez, by and through his counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Motion to Withdraw as Counsel for the Debtor, and respectfully requests that the Motion to Withdraw as Counsel for the Debtor, which was filed by the undersigned on February 23, 2018, be withdrawn.

**Date:**  March 21, 2018

        **Respectfully submitted,**

        **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**  /s/ George M. Lutz

        **George M. Lutz, Esquire**
        **1100 Berkshire Boulevard, Suite 301**
        **Wyomissing, PA  19610**
        **Pa. Attorney ID No.: 46437**