UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re: <br><br> **DENNIS J. DONCHEZ,** <br><br> Debtor | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-18097 REF** |
|---|---|

CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Amended Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and proposed 5th Amended Chapter 13 Plan were served upon the addresses listed below and upon all parties in interest by way of electronic means on September 21, 2018 and September 26, 2018 and/or via first class mail on September 26, 2018:

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

JEROME B. BLANK on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

DENISE ELIZABETH CARLON on behalf of Creditor MTGLQ INVESTORS, LP - bkgroup@kmllawgroup.com

PAUL WILLIAM CRESSMAN on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

JOSEPH ANGEO DESSOYE on behalf of Creditor Wells Fargo Bank, NA - paeb@fedphe.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor MTGLQ INVESTORS, LP - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor MTGLQ INVESTORS, LP - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor MTGLQ INVESTORS, LP - bkgroup@kmllawgroup.com

ANDREW SPIVACK on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

MATTEO SAMUEL WEINER on behalf of Creditor Wells Fargo Bank, N.A.
bkgroup@kmllawgroup.com

Dennis J. Donchez
555 Mountain View Drive
Hamburg, PA  19526

         **Hartman, Valeriano, Magovern & Lutz, P.C.**

      By: *s/Alyssa J. Merkey*
        1100 Berkshire Blvd., Suite 301
        Wyomissing, PA 19610
        (610) 779-0772