**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **DENNIS J. DONCHEZ,** <br><br> Debtor | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-18097 REF** |

**CERTIFICATE OF NO REPSONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and the Debtor requests that the court grant the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

Date:  October 16, 2018

                                        Respectfully submitted,

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    by:     */s/ George M. Lutz*

                                        George M. Lutz, Esquire
                                        1100 Berkshire Blvd., Suite 301
                                        Wyomissing, PA  19610
                                        Attorney I.D. No. 46437
                                        Phone:  610-779-0772