United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis J. Donchez  
Dennis J. Donchez  
    Debtors

Case No. 14-18097-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith                Page 1 of 1               Date Rcvd: Dec 21, 2018
                         Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
13907852        MTGLQ Investors, L.P.,    P.O. Box 5270, Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
     ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
     DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
     GEORGE M. LUTZ    on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,
      amerkey@hvmllaw.com;r49419@notify.bestcase.com
     JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
     JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com
     PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
     REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM   MILLER*R    ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                          TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18097-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Dennis J. Donchez
555 Mountain View Drive
Hamburg PA 19526

Dennis J. Donchez
PO Box 185
Hamburg PA 19526

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/20/2018.

Name and Address of Alleged Transferor(s):

Claim No. 7: MTGLQ Investors, L.P., P.O. Box 5270, Irvine, CA 92619-2708

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/23/18

Tim McGrath
**CLERK OF THE COURT**