UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DENNIS J. DONCHEZ,         :    Case No. 14-18097REF
       Debtor                              :    Chapter 13

# ORDER DENYING MOTION

AND NOW, this 16 day of May, 2019, upon the motion of the Chapter 13 Trustee to dismiss the above case with prejudice, and upon the colloquy among Debtor, Debtor's counsel, counsel for the Chapter 13 Trustee, and the Court in open court earlier today, I entered a Bench Order allowing Debtor one last attempt to do what he previously promised the Court he would do,

IT IS HEREBY ORDERED that the Chapter 13 Trustee's Motion To Dismiss with Prejudice is DENIED.

IT IS FURTHER ORDERED that the Bench Order entered in Court earlier today, in the above matter, is hereby ratified, reaffirmed, and restated hereby.

IT IS FURTHER ORDERED that Debtor shall pay to the Chapter 13 Trustee as follows:

1. $5,025 today, May 16, 2019;[1]

---

[1] For this payment and all future payments the due date shall NOT be extended if it falls on a weekend or holiday – Debtor shall make the payment the Friday before such weekend or holiday.

2. $5,025 on or before June 17, 2019;

3. $5,025 on or before July 17, 2019;

4. $10,800 on or before August 17, 2019;

5. $10,800 on or before September 17, 2019 and

6. The remaining balance owed to the Chapter 13 on or before October 17, 2019.

IT IS FURTHER ORDERED that if Debtor fails to pay any of the above payments on or before the due date, counsel for the Chapter 13 Trustee shall certify on the record to the Court such failure, this case shall be dismissed immediately upon the filing of such certification to the Court, and Debtor shall be barred from filing any future bankruptcy petition, whether individually or jointly, for two years, except upon a contrary order from the Court.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge