United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18097-ref
Dennis J. Donchez                                                     Chapter 13
Dennis J. Donchez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith               Page 1 of 1             Date Rcvd: May 16, 2019
                              Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db             #+Dennis J. Donchez,    MAILING ADDRESS:,    PO Box 185,    Hamburg, PA 19526-0185
cr              +U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bknotices@snsc.com May 17 2019 02:37:49      SN Servicing,
                 c/o Kathy WAtson, Bankruptcy Asset Mgr.,   323 5th Street,    Eureka, CA  95501
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
              GEORGE M. LUTZ    on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DENNIS J. DONCHEZ,          :     Case No. 14-18097REF
       Debtor                              :     Chapter 13

# ORDER DENYING MOTION

AND NOW, this 16 day of May, 2019, upon the motion of the Chapter 13 Trustee to dismiss the above case with prejudice, and upon the colloquy among Debtor, Debtor's counsel, counsel for the Chapter 13 Trustee, and the Court in open court earlier today, I entered a Bench Order allowing Debtor one last attempt to do what he previously promised the Court he would do,

IT IS HEREBY ORDERED that the Chapter 13 Trustee's Motion To Dismiss with Prejudice is DENIED.

IT IS FURTHER ORDERED that the Bench Order entered in Court earlier today, in the above matter, is hereby ratified, reaffirmed, and restated hereby.

IT IS FURTHER ORDERED that Debtor shall pay to the Chapter 13 Trustee as follows:

    1. $5,025 today, May 16, 2019;[1]

---

[1]     For this payment and all future payments the due date shall NOT be extended if it falls on a weekend or holiday – Debtor shall make the payment the Friday before such weekend or holiday.

2. $5,025 on or before June 17, 2019;

3. $5,025 on or before July 17, 2019;

4. $10,800 on or before August 17, 2019;

5. $10,800 on or before September 17, 2019 and

6. The remaining balance owed to the Chapter 13 on or before October 17, 2019.

IT IS FURTHER ORDERED that if Debtor fails to pay any of the above payments on or before the due date, counsel for the Chapter 13 Trustee shall certify on the record to the Court such failure, this case shall be dismissed immediately upon the filing of such certification to the Court, and Debtor shall be barred from filing any future bankruptcy petition, whether individually or jointly, for two years, except upon a contrary order from the Court.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge