# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dennis J. Donchez<br>　　　　　Debtor<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST<br>　　　　　v.<br>Dennis J. Donchez<br>　　　　　and<br>Scott Waterman Esq.<br>　　　　　Trustee | Chapter 13<br><br><br>NO. 14-18097 AMC |

## ORDER

AND NOW, this 24th day of June, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 22, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy AMCorm Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 555 Mountain View Road Hamburg, PA 19526.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Dennis J. Donchez
PO Box 185
Hamburg, PA 19526

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

George M. Lutz Esq.
1025 Berkshire Blvd, Suite 700
P.O. Box 5828
Wyomissing, PA 19610

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532