United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-18097-amc
Dennis J. Donchez                                               Chapter 13
Dennis J. Donchez
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: John              Page 1 of 2              Date Rcvd: Jun 24, 2019
                              Form ID: pdf900         Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
```
db            #+Dennis J. Donchez,   MAILING ADDRESS:,   PO Box 185,   Hamburg, PA 19526-0185
db             +Dennis J. Donchez,   555 Mountain View Drive,   Hamburg, PA 19526-8766
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +U.S. Bank Trust National Association as Trustee of,   Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,   Santa Ana, CA 92705-7811
13401468        Wells Fargo Bank NA,   c/o Phelan, Hallinan,   One Penn Center Plaza @ Suburban Station,
                 1617 J.F.K. Blvd., Ste. 1400,   Philadelphia, PA 19103-1814
13488667       +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC # D3347-014,
                 3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
13401469       +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:33
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: bknotices@snsc.com Jun 25 2019 03:10:16      SN Servicing,
                 c/o Kathy WAtson, Bankruptcy Asset Mgr.,   323 5th Street,   Eureka, CA  95501
14248916       +E-mail/Text: bknotices@snsc.com Jun 25 2019 03:10:16
                 U.S. Bank Trust National Association, as Trustee,   C/O SN Servicing Corp.,   323 5th Street,
                 Eureka, CA 95501-0305
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
```
          ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
          GEORGE M. LUTZ    on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: John              Page 2 of 2                   Date Rcvd: Jun 24, 2019
                              Form ID: pdf900         Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO   on behalf of Creditor   MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dennis J. Donchez<br>　　　　　　　　Debtor<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST<br>　　　　　　　v.<br>Dennis J. Donchez<br>　　　　　and<br>Scott Waterman Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 14-18097 AMC |

**ORDER**

AND NOW, this 24th day of June, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 22, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy AMCorm Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 555 Mountain View Road Hamburg, PA 19526.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Dennis J. Donchez
PO Box 185
Hamburg, PA 19526

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

George M. Lutz Esq.
1025 Berkshire Blvd, Suite 700
P.O. Box 5828
Wyomissing, PA 19610

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532