UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
    DENNIS J. DONCHEZ.                    : Chapter 13
                                                  :
                                                  : Bankruptcy No.  14-18097AMC

ORDER

AND NOW, upon consideration of the Certification of Default of Scott F. Waterman, Esq., Standing Chapter 13 Trustee, it is ORDERED that Debtor's bankruptcy case 14-18097 is immediately dismissed.

It is FURTHER ORDERED, that Debtor shall be barred from filing any future bankruptcy petition, whether individually or jointly, for two years, except upon a contrary order from the Court.

BY THE COURT

_____
Ashely M. Chan, B. J.

Date: **July 16, 2019**

Interested Parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606-0410

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610

Dennis J. Donchez
PO Box 185
Hamburg, PA 19526

Interested parties continued on next page.

Interested parties continued:

Dave Adams, Esq.
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106