United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18097-amc
Dennis J. Donchez                                                     Chapter 13
Dennis J. Donchez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: John              Page 1 of 2           Date Rcvd: Jul 16, 2019
                              Form ID: pdf900        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
```
db              #+Dennis J. Donchez,   MAILING ADDRESS:,    PO Box 185,    Hamburg, PA 19526-0185
db               +Dennis J. Donchez,   555 Mountain View Drive,    Hamburg, PA 19526-8766
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg              +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr               +U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                   1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811
13843752         +Anastasia Ioannidis,   c/o Neil E. Durkin, Esquire,    Neil Durkin Law Office,
                   601 Longwood Avenue,    Cherry Hill, NJ 08002-2871
13401455         +BEVERLY J. COLUSSO,   c/o G Christopher Eves, Esquire,    Treeview Corporate Center,
                   2 Meridian Blvd,   Reading, PA 19610-3202
13401456          Charles F. Fitzpatrick, Esquire,   50 North Fifth Street,    PO Box 942,
                   Reading, PA 19603-0942
13401457          Commonwealth of Pennsylvania,   Departmemt of Revenue,    PO Box 281041,
                   Harrisburg, PA 17128-1041
13401458         +First Premier Bank,   3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
13401459         +Fitzpatrick, Lentz & Bubba, PC,    Michael R. Nesfeder, Esquire,    4001 Schoolhouse Lane,
                   PO Box 219,   Center Valley, PA 18034-0219
13401460         +G Christopher Eves, Esquire,   Treeview Corporate Center,    2 Meridian Blvd Ste 100,
                   Wyomissing, PA 19610-3202
13978850        #+George M. Lutz, Esquire,   Hartman, Valeriano, Magovern & Lutz, P.C.,    1100 Berkshire Blvd,
                   Suite 301,   Wyomissing, PA 19610-1292
13401463         +Jessica T. Donchez,   555 Mountain View Drive,    Hamburg, PA 19526-8766
13401464         +Jessica T. Donchez,   c/o John A. Hoffert, Jr., Esquire,    536 Court Street,
                   Reading, PA 19601-3412
13401466         +Land Displays Inc.,   1350 Schuylkill Avenue,    Reading, PA 19601-1602
13907852          MTGLQ Investors, L.P.,   P.O. Box 5270, Irvine, CA 92619-2708
13596482         +MTGLQ Investors, LP,   c/o Joshua I. Goldman, Esq.,    701 Market Street, Suite 5000,
                   Philadelphia, PA 19106-1541
13401467         +Traute R. Weidman,   934 Main Street,    Shoemakersville, PA 19555-1625
13401468          Wells Fargo Bank NA,   c/o Phelan, Hallinan,    One Penn Center Plaza @ Suburban Station,
                   1617 J.F.K. Blvd., Ste. 1400,    Philadelphia, PA 19103-1814
13488667         +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,    MAC # D3347-014,
                   3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13401469         +Wells Fargo Home Mortgage,    P.O. Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13401461          E-mail/Text: cio.bncmail@irs.gov Jul 17 2019 03:22:39     Internal Revenue Service,
                   P.O. Box 7346,   Philadelphia, PA 19101-7346
13401465         +E-mail/Text: bk.notifications@jpmchase.com Jul 17 2019 03:22:45     JP Morgan Chase Bank, N.A.,
                   c/o Mary Lautenbach,   JP Morgan Chase Bank, N.A.,    201 N. Central Ave. Mail Code AZ1-1191,
                   Phoenix, AZ 85004-8001
13485198          E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 03:21:17
                   LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                   Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
13460955         +E-mail/Text: recovery@paypal.com Jul 17 2019 03:22:32     PayPal Inc,   Po Box 45950,
                   Omaha NE 68145-0950
13439630          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:23:05
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, Pa.  17128-0946
14279256          E-mail/Text: bknotices@snsc.com Jul 17 2019 03:23:32     SN Servicing,
                   c/o Kathy WAtson, Bankruptcy Asset Mgr.,    323 5th Street,    Eureka, CA 95501
14248916         +E-mail/Text: bknotices@snsc.com Jul 17 2019 03:23:32
                   U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                   Eureka, CA 95501-0305
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
cr*             ++SN SERVICING CORPORATION,   323 FIFTH ST,    EUREKA CA 95501-0305
                 (address filed with court: SN Servicing,    c/o Kathy WAtson, Bankruptcy Asset Mgr.,
                   323 5th Street,   Eureka, CA  95501)
13470388*        +Traute R. Weidman,   934 Main Street,    Shoemakersville, PA 19555-1625
```

```
District/off: 0313-4          User: John                  Page 2 of 2                  Date Rcvd: Jul 16, 2019
                              Form ID: pdf900             Total Noticed: 33

13843753       ##+Anastasia Ioannidis,    142 Sage Drive,   Sinking Spring, PA 19608-9582
13843754       ##+The Bauer Law Firm, P.C.,    200 Four Falls Corporate Center,    Suite 312,
                 Conshohocken, PA 19428-2980
                                                                                               TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
```
              ANDREW   SPIVACK     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
              GEORGE M. LUTZ    on behalf of Debtor Dennis J. Donchez glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ     on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
                Chalet Series III Trust bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    DENNIS J. DONCHEZ.                         : Chapter 13
                                                    :
                                                    : Bankruptcy No.  14-18097AMC

<u>ORDER</u>

AND NOW, upon consideration of the Certification of Default of Scott F. Waterman, Esq., Standing Chapter 13 Trustee, it is ORDERED that Debtor's bankruptcy case 14-18097 is immediately dismissed.

It is FURTHER ORDERED, that Debtor shall be barred from filing any future bankruptcy petition, whether individually or jointly, for two years, except upon a contrary order from the Court.

BY THE COURT

_____
Ashely M. Chan, B. J.

Date: **July 16, 2019**

Interested Parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606-0410

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610

Dennis J. Donchez
PO Box 185
Hamburg, PA 19526

Interested parties continued on next page.

Interested parties continued:

Dave Adams, Esq.
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106